In the Matter of the Judicial Settlement of the Account of Antonio Madeo, as Executor, etc., of Joseph Prestera, Sometimes Known as Giusepe Prestera, Deceased.— Motion to dismiss appeal granted. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

In the Matter of the Probate of a Paper Propounded as the Last Will and Testament of Jonathan Preston, Deceased, etc. J. Madison Wells, Petitioner and Appellant, v. H. Stephen Preston and Others, Contestants and Respondents.— Motion for reargument denied. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of Title Guarantee and Trust Company and Others, as Executors, etc., Appellants, Respondents. Anna M. Chidester, Appellant, Respondent; Fanny McComb Herzog and Others, Respondents.— Motion to resettle order granted. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

Louis Kaplan, Respondent, v. Herman Weissengrun, Appellant.— Motion denied. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

Loretta Kelly, an Infant, by Joseph Kelly, Her Guardian ad Litem, Respondent, v. Brooklyn Borough Gas Company, Appellant.— Motion to dismiss appeal granted. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

William Kramer, Appellant, v. Brooklyn Heights Railroad Company, Respondent.— Motion for reargument denied. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

James H. Murphy, an Infant, by John P. Murphy, His Guardian ad Litem, Appellant, v. Emanuel Drew, Respondent.— Motion denied. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

Benedicto Pascual, Respondent, v. Jose Rodriguez and Manuel Suarez, Appellants.— Motion denied, without prejudice to move at the next term of court, in case the return be not filed. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

The People of the State of New York ex rel. William M. Lawson, Relator, v. Lena L. Lawson, Respondent.— Motion denied, with ten dollars costs. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

Theodore F. Reed, Appellant, v. The Provident Savings Life Assurance Society, Appellant. John O. Reed and Others, Respondents.— Motion denied. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

Walter A. Roden, Respondent, v. The Co-operative Building Bank, a Domestic Corporation, Appellant.— Motion denied. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

Myron C. Rush, Respondent, v. Joshua Horrocks, Appellant.— Motion denied. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

George Schneck, Respondent, v. Lena Danziger, Appellant.— Motion to vacate judgment granted, without costs, on the authority of *Mahon* v. *Mahon* (64 App. Div. 262), and order dismissing appeal amended so as to explicitly provide that said dismissal is with ten dollars costs. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

Arthur F. Simonson, Respondent, v. Louis P. Mendham and Maurice B. Mendham, Appellants.— Motion denied. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

Arthur W. Smith and Others, Respondents, v. London Assurance Corporation, Appellant.— Motion denied. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

Philip Suriani, Appellant, v. Samuel Griffin and Others, Respondents.— Motion to dismiss appeal denied, without prejudice to the right of the respondents to renew, unless the appeal is perfected and the case is placed on the calendar of this court for argument. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

Camille Weidenfeld, Appellant, v. Frank P. Byrne and Others, as Executors, etc., of John Byrne, Deceased, and Thomas H. Hubbard, Respondents.— Motion denied. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

Jeannie L. Conklin, Respondent, v. Henry Conklin, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Hooker, Rich and Miller, JJ., concurred.

Joseph Gelenter, Respondent, v. Jacob Schmartz, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Rich and Miller, JJ., concurred.